# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH WYNN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:19-03016-CV-RK |
| WAL-MART STORES EAST, L.P., | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION
## FOR PHYSICAL EXAMINATION OF PLAINTIFF

Before the Court is Defendant Wal-Mart Stores East, L.P. ("Walmart")'s motion for physical examination of Plaintiff Elizabeth Wynn. (Doc. 39.) The deadline to respond has passed and no response has been filed by Plaintiff. After careful consideration, and for good cause shown, Walmart's motion is **GRANTED**. It is hereby **ORDERED** that the physical examination of Plaintiff be taken by Dr. Michael Chabot to determine the cause, nature, and extent of Plaintiff's injuries. However, in light of the ongoing Coronavirus pandemic, the Court is unsure whether the suggested date of April 17, 2020 is feasible or wise. Therefore, the parties are further **ORDERED** to confer with each other, as well as with Dr. Chabot, to find a reasonable and acceptable time to conduct the physical examination. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 9, 2020